UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: § CASE NO.: 09-60732-mhm

DARRELL & DIONNE S. MADDOX § CHAPTER 7

Debtors §

## AFFIDAVIT

COMES NOW, DARRELL & DIONNE S. MADDOX, and states as follows:

I hereby certify that within the 60 Days prior to filing I did not receive a Pay Advice from an employer and was either unemployed or self-employed at the time doing odd jobs.

This 14th day of January 2009.

x _____
DARRELL MADDOX

x _____
DIONNE S. MADDOX

Sworn to and subscribed before me this
14th day of January 2009.

_Marsha M. Milligan_
Public Notary

[Notary Seal: MARSHA MICHELLE MILLIGAN, NOTARY PUBLIC, DOUGLAS COUNTY, GEORGIA, MY COMMISSION EXPIRES JANUARY 9, 2010]

Law Office of Robert A. Chambers
8440 Courthouse Square East
Douglasville, GA 30134
Phone: 770-947-3540
Fax: 770-947-0575